### FRENCH BATTERY & CARBON CO. v. PREST-O-LITE CO., Inc.

### PREST-O-LITE CO., Inc., v. FRENCH BATTERY & CARBON CO.

(Court of Appeals of District of Columbia. Submitted March 9, 1920. Decided May 3, 1920.)

#### Nos. 1294, 1299.

Trade-marks and trade-names ⬤═21—Proposed trade-mark held confusing as to storage batteries, but not as to lights.

    The trade-mark "Ray-O-Lite," applied to storage batteries, would be apt to be confused with the trade-mark "Prest-O-Lite," when applied to such batteries, so that its registration as a trade-mark for storage batteries was properly refused; but where it appeared that other concerns had registered trade-marks for electric lamps as near "Prest-O-Lite" as "Ray-O-Lite," it was proper to permit registration of "Ray-O-Lite" as a trade-mark for electric lamps.

Appeal from the Commissioner of Patents.

Application by the French Battery & Carbon Company for registration of a trade-mark, opposed by the Prest-O-Lite Company, Incorporated. From a decision denying registration of the mark in connection with storage batteries, but permitting it as to electric lamps, both parties appeal. Affirmed.

D. B. Cheever, of Chicago, Ill. (Cheever & Cox, of Chicago, Ill., on the brief), for applicant.

E. W. Bradford, of Washington, D. C., opposed.

ROBB, Associate Justice. These appeals are from a decision of the Patent Office sustaining the opposition of the Prest-O-Lite Company, Incorporated, to the registration by the French Battery & Carbon Company of the words "Ray-O-Lite," in connection with the sale of storage batteries, and permitting such registration as to electric lamps. The French Battery & Carbon Company appeals from the former ruling, while the Prest-O-Lite Company, Incorporated, appeals from the latter.

When "Ray-O-Lite" was adopted in 1917, "Prest-O-Lite" had been in extensive use on storage batteries by the Prest-O-Lite Company, Incorporated, for several years, and many thousands of dollars had been expended in advertising these batteries. We agree with the Commissioner that the registration of "Ray-O-Lite" for use on storage

⬤═For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

batteries would be likely to cause confusion. Thomas Mfg. Co. v. Æolian Co., 47 App. D. C. 376. But since it appears that, before the. Prest-O-Lite Company extended its business to include storage batteries, other concerns had registered marks for electric lamps, which, as found by the Commissioner, "are about as near to 'Prest-O-Lite' as is 'Ray-O-Lite,'" we also agree with the Commissioner that the Prest-O-Lite Company is not in a position to prevent the registration of "Ray-O-Lite" for use on ·electric lamps. Alaska Packers' Ass'n v. Admiralty Trading Co., 43 App. D. C. 198.

The decision of the Commissioner is affirmed.

Affirmed.